UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DENISE WATKINS,

    Plaintiff,                                    Case No. 3:19-cv-177

vs.

COMPUNET CLINICAL                      District Judge Thomas M. Rose
LABORATORIES, LLC,                     Magistrate Judge Michael J. Newman

    Defendants.
_____

**ORDER AND ENTRY: (1) GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME (DOC. 7); AND (2) SETTING FORTH AN AMENDED PRELIMINARY PRETRIAL CONFERENCE ORDER**
_____

This civil case is before the Court on Defendant's unopposed motion to extend the discovery and summary judgment deadlines. Doc. 7. For good cause shown, and absent opposition, Defendant's unopposed motion (doc. 7) is **GRANTED**. Accordingly, the Court sets the following amended dates and deadlines:

| | |
|---|---|
| Discovery deadline: | **July 29, 2020** |
| Telephone status conference with Judge Rose:[1] | **August 27, 2020 at 10:30 am** |
| Dispositive motion deadline: | **September 10, 2020** |
| Final pretrial conference (in chambers): | **April 22, 2021 at 2:30 pm** |
| Jury trial: | **May 17, 2021 at 9:00 am** |

**IT IS SO ORDERED.**

Date:   January 21, 2020                        s/ Michael J. Newman
                                                                              Michael J. Newman
                                                                               United States Magistrate Judge

---

[1] This status conference following the discovery deadline is for the purpose of discussing, *inter alia*, possible alternative resolution mechanisms.